1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10   MARTIN ONTIVEORS,                    Case No.  14-cv-00394-WHO (PR)

                        Plaintiff,
11
                                          **ORDER OF DISMISSAL**
            v.
12
     JOHN DOE,
13
                        Defendant.
14

15

16          Plaintiff has failed to comply with the Court's order to (1) file a complete

17   application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00.

18   He has also failed to file a complaint.  Accordingly, the action is DISMISSED without

19   prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed.

20   R. Civ. P. 41(b).  Because this dismissal is without prejudice, plaintiff may move to reopen

21   the action.  Any such motion **must** contain (1) a complete IFP application, or full payment

22   for the $350.00 filing fee, **and** (2) a complaint.  The Clerk shall enter judgment in favor of

23   defendant, and close the file.

24          **IT IS SO ORDERED.**

25   **Dated:**  March 12, 2014

26                                        _____

27                                        WILLIAM H. ORRICK
                                          United States District Judge
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEORS,

             Plaintiff,

  v.

JOHN DOE,

             Defendant.

_____/

Case Number: CV14-00394 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 12, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Martin Ontiveors
Centinela State Prison
D-2-118-L
P.O. Box 931
Imperial, CA 92251

Dated: March 12, 2014

                                    Jean M. Davis
                                    Richard W. Wieking, Clerk
                                    By: Jean Davis, Deputy Clerk